**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Gustav Merkle<br>　　　　　　　Debtor(s) | CHAPTER 13<br><br>BKY. NO. 17-16317 mdc |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Systems & Securities Technologies, Inc. as servicer for Medallion Bank and index same on the master mailing list.

                      Respectfully submitted,

                      **/s/ Rebecca A. Solarz, Esquire**
                      Rebecca A. Solarz, Esquire
                      KML Law Group, P.C.
                      701 Market Street, Suite 5000
                      Philadelphia, PA 19106-1532
                      (215) 627-1322 FAX (215) 627-7734