**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Gustav Merkle** <br> Debtor(s) <br><br> **Medallion Bank** <br> Movant <br><br> vs. <br><br> **Gustav Merkle** <br> Respondent(s) | **BK NO. 17-16317 mdc** <br><br> **Chapter 13** <br><br><br> **Hearing Date: 12/14/17** |

## OBJECTION OF MEDALLION BANK
## TO CONFIRMATION OF CHAPTER 13 PLAN

Medallion Bank (hereinafter Secured Creditor), objects to confirmation of Debtor's Chapter 13 plan and asserts in support of its Objection as follows:

1. On October 6, 2017, Secured Creditor filed a secured proof of claim in the amount of $36,857.00 with an annual interest rate of 17.950000%.

2. Debtor's Plan fails to provide treatment towards the claim of the Secured Creditor.

3. Debtor's Plan understates the amount of the Secured Creditor's claim by $36,857.00, and does not provide sufficient funding to pay said claim.

4. Accordingly, Debtor's Plan is not feasible, as it does not fully compensate the Secured Creditor.

5. In addition, the Debtor's Plan fails to comply with 11 U.S.C. §§ 1322 and 1325.

6. Debtor(s) is/are delinquent in plan payments to the Chapter 13 Trustee in the amount of $879.00.

WHEREFORE, the Secured Creditor, Medallion Bank, prays that the Court deny confirmation of the Debtor's Plan.

Respectfully submitted,

Date: November 14, 2017

By: **/s/ Rebecca A. Solarz, Esquire**
    Rebecca A. Solarz, Esquire
    KML Law Group, P.C.
    BNY Mellon Independence Center
    701 Market Street, Suite 5000
    Philadelphia, PA  19106
    215-627-1322
    Attorney for Movant/Applicant