# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 17-16317-MDC

GUSTAV  MERKLE

27 FRIENDLY LANE

LEVITTOWN, PA 19058

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  GUSTAV  MERKLE

  27 FRIENDLY LANE

  LEVITTOWN, PA 19058

Counsel for debtor(s), by electronic notice only.

  BRAD J. SADEK ESQ
  SADEK LAW OFFICE
  1315 WALNUT STREET #502
  PHILADELPHIA, PA 19107-

Date: 12/11/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee