## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

GUSTAV  MERKLE                                    Chapter 13


                        Debtor                    Bankruptcy No. 17-16317-MDC

### OBJECTION OF CHAPTER 13 TRUSTEE
### TO CONFIRMATION OF PLAN OF DEBTOR(S)

**AND NOW** comes, WILLIAM C. MILLER, ESQUIRE, chapter 13 standing trustee, to object to confirmation of the chapter 13 plan of debtor(s), because it fails to comply with 11 U.S.C. Sections 1322 and/or 1325 of the Bankruptcy Code, and/or debtor(s) has/have failed to provide information, evidence, or corrections to the petition, schedules, statements or other documents filed by debtor(s) to enable the standing trustee to evaluate the Plan for confirmation, as follows:


The Plan fails to provide that all of the projected disposable income of debtor(s), who has/have current monthly income which is above median, will be applied to make payments to unsecured creditors under the Plan, in violation of 11 U.S.C. Section 1325 (b)(3).

The Plan violates 11 U.S.C. Section 1325(a)(4) in that the value of property to be distributed under the plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate of the debtor(s) were liquidated under Chapter 7.

Debtor(s) has/have failed to file an amended petition as directed at the meeting of creditors held under 11 U.S.C. Section 341(a).

The claims and/or claim amounts identified in the Plan are inconsistent with one or more filed proofs of claim.

The Plan is unclear and/or incorrect as to how the secured and priority claims are to be treated and/or paid by the standing trustee.


**WHEREFORE**, the standing trustee requests that the Court enter an order in the form annexed hereto denying confirmation of the Plan.


                        Respectfully submitted,


                        ___/s/ William C. Miller
                        William C. Miller, Esquire
                        Chapter 13 Standing Trustee