United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Gustav H. Merkle, III  
    Debtor

Case No. 17-16317-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Jan 11, 2018  
                            Form ID: trc         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2018.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
14003781        E-mail/PDF: cbp@onemainfinancial.com Jan 12 2018 03:04:05     ONEMAIN,   P.O. BOX 3251,  
        EVANSVILLE, IN 47731-3251  
                                                                                              TOTAL: 1

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2018                                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2018 at the address(es) listed below:  
        BRAD J. SADEK   on behalf of Debtor Gustav H. Merkle, III brad@sadeklaw.com, bradsadek@gmail.com  
        JOHN A. TORRENTE   on behalf of Creditor   Bucks County Tax Claim Bureau  
         jtorrente@begleycarlin.com  
        KRISTEN D. LITTLE   on behalf of Creditor   Carrington Mortgage Services, LLC, et al. pabk@logs.com  
        LESLIE J. RASE   on behalf of Creditor   Carrington Mortgage Services, LLC, et al. pabk@logs.com, lerase@logs.com  
        REBECCA ANN SOLARZ   on behalf of Creditor   Medallion Bank bkgroup@kmllawgroup.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com  
        WILLIAM EDWARD CRAIG   on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                                                           TOTAL: 8

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-16317-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Gustav H. Merkle, III
27 Friendly Lane
Levittown PA 19055

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/11/2018.

Name and Address of Alleged Transferor(s):

Claim No. 4: ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251

Name and Address of Transferee:

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  01/13/18

Tim McGrath
**CLERK OF THE COURT**