IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: GUSTAV MERKLE<br>**Debtor(s)** | )<br>)<br>) CHAPTER 13 |
| WELLS FARGO BANK, N.A.<br>d/b/a WELLS FARGO DEALER SERVICES<br>**Moving Party** | )<br>) Case No.: 17-16317 (MDC)<br>)<br>) **Hearing Date: 1-23-18 at 11:00 AM** |
| v. | ) |
| GUSTAV MERKLE<br>ELIZABETH MERKLE<br>**Respondent(s)** | ) 11 U.S.C. 362<br>)<br>) 11 U.S.C. 1301 |
| WILLIAM C. MILLER<br>**Trustee** | )<br>) |

### STIPULATION OF SETTLEMENT OF MOTION OF WELLS FARGO DEALER SERVICES FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY

This matter having been brought before the Court on a Motion For Relief From The Automatic Stay And Co-Debtor Stay by William E. Craig, Esquire, attorney for Wells Fargo Dealer Services ("Wells Fargo"), and the Debtor having opposed such Motion through his counsel, Brad J. Sadek, Esquire, and the parties having resolved said Motion as hereinafter set forth and by the agreement of all counsel the parties hereby stipulate;

1. That Wells Fargo is the holder of a first purchase money security interest in a 2016 Jeep Grand Cherokee bearing vehicle identification number 1C4RJFCG3GC444210.

2. That the parties stipulate that the Debtor's account with Wells Fargo has arrears through January 2018 in the amount of $4,405.52.

3. That the Debtor is to cure this arrearage by making his regular monthly payment of $729.36 plus an additional $1,101.38 (total payment of $1,830.74) per month for the months of February through May 2018 directly to Wells Fargo.

4. That commencing February 2018, if the Debtor fails to make any payment to Wells Fargo within thirty (30) days after it falls due, Wells Fargo may send, via facsimile and regular mail, the Debtor and counsel a written notice of default of this Stipulation. If the default is not cured within ten (10) days of the date of the notice, counsel may file a Certification of Default with the Court and serve it on all

interested parties, and the Court shall enter an Order granting relief from the automatic stay and co-debtor stay.

5. That the parties agree that a facsimile signature shall be considered an original signature.

We hereby agree to the form and entry of this Order:

/s/ Brad J. Sadek
Brad J. Sadek, Esquire
Attorney for the Debtor

/s/ William E. Craig
William E. Craig, Esquire
Attorney for Wells Fargo Dealer Services

2/9/18

No Objection: *[signature]*
*[signature]*
TRUSTEE

*without prejudice to any trustee rights or remedies

_____
Hon. Magdeline D. Coleman        February 14, 2018
U.S. Bankruptcy Judge