United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Gustav H. Merkle, III  
    Debtor

Case No. 17-16317-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: John      Page 1 of 1      Date Rcvd: Feb 14, 2018  
                       Form ID: pdf900   Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2018.
```
db             +Gustav H. Merkle, III,    27 Friendly Lane,    Levittown, PA 19055-2122
cr              Bucks County Tax Claim Bureau,    c/o John A. Torrente, Esquire,    Bucks County Courthouse,
                 Broad and Court Streets,    Doylestown, PA  18901
cr             +Carrington Mortgage Services, LLC, et al.,    1600 South Douglass Road,    Suite 200-A,
                 Anaheim, CA 92806-5948
cr             +Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,    1451 Thomas Langston Rd,
                 Winterville, NC 28590-8872
14017191       +Wells Fargo Bank, N.A.,,    dba Wells Fargo Dealer Services,    c/o WILLIAM EDWARD CRAIG,
                 110 Marter Avenue, Suite 301,    Moorestown, NJ 08057-3124
13999603        Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,    PO Box 19657,    Irvine, CA 92623-9657
13984250       +Wells Fargo Dealer Services,    Attn: Bankruptcy,    Po Box 19657,    Irvine, CA 92623-9657
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Feb 15 2018 01:57:16     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 15 2018 01:57:00
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 15 2018 01:57:15     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 15 2018 02:13:50
                 PRA  Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
cr             +E-mail/PDF: gecsedi@recoverycorp.com Feb 15 2018 02:01:15     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 5
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Medallion Bank,    by servicer Systems & Securities Technol
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2018                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2018 at the address(es) listed below:
```
              BRAD J. SADEK    on behalf of Debtor Gustav H. Merkle, III brad@sadeklaw.com,
               bradsadek@gmail.com
              JOHN A. TORRENTE    on behalf of Creditor    Bucks County Tax Claim Bureau
               jtorrente@begleycarlin.com
              KEVIN S. FRANKEL    on behalf of Creditor    Carrington Mortgage Services, LLC, et al.
               pa-bk@logs.com
              KRISTEN D. LITTLE    on behalf of Creditor    Carrington Mortgage Services, LLC, et al.
               pabk@logs.com
              LESLIE J. RASE    on behalf of Creditor    Carrington Mortgage Services, LLC, et al. pabk@logs.com,
               lerase@logs.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Medallion Bank bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 9
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: GUSTAV MERKLE </br> **Debtor(s)** </br> </br> WELLS FARGO BANK, N.A. </br> d/b/a WELLS FARGO DEALER SERVICES </br> **Moving Party** </br> </br> v. </br> GUSTAV MERKLE </br> ELIZABETH MERKLE </br> **Respondent(s)** </br> </br> WILLIAM C. MILLER </br> **Trustee** | CHAPTER 13 </br> </br> Case No.: 17-16317 (MDC) </br> </br> **Hearing Date: 1-23-18 at 11:00 AM** </br> </br> 11 U.S.C. 362 </br> </br> 11 U.S.C. 1301 |

### STIPULATION OF SETTLEMENT OF MOTION OF WELLS FARGO DEALER SERVICES FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY

This matter having been brought before the Court on a Motion For Relief From The Automatic Stay And Co-Debtor Stay by William E. Craig, Esquire, attorney for Wells Fargo Dealer Services ("Wells Fargo"), and the Debtor having opposed such Motion through his counsel, Brad J. Sadek, Esquire, and the parties having resolved said Motion as hereinafter set forth and by the agreement of all counsel the parties hereby stipulate;

1. That Wells Fargo is the holder of a first purchase money security interest in a 2016 Jeep Grand Cherokee bearing vehicle identification number 1C4RJFCG3GC444210.

2. That the parties stipulate that the Debtor's account with Wells Fargo has arrears through January 2018 in the amount of $4,405.52.

3. That the Debtor is to cure this arrearage by making his regular monthly payment of $729.36 plus an additional $1,101.38 (total payment of $1,830.74) per month for the months of February through May 2018 directly to Wells Fargo.

4. That commencing February 2018, if the Debtor fails to make any payment to Wells Fargo within thirty (30) days after it falls due, Wells Fargo may send, via facsimile and regular mail, the Debtor and counsel a written notice of default of this Stipulation. If the default is not cured within ten (10) days of the date of the notice, counsel may file a Certification of Default with the Court and serve it on all

      interested parties, and the Court shall enter an Order granting relief from the automatic stay and co-debtor stay.

5. That the parties agree that a facsimile signature shall be considered an original signature.

We hereby agree to the form and entry of this Order:

/s/ Brad J. Sadek
Brad J. Sadek, Esquire
Attorney for the Debtor

/s/ William E. Craig
William E. Craig, Esquire
Attorney for Wells Fargo Dealer Services

2/9/18

No Objection: Jacqueline J Charles
TRUSTEE
*without prejudice to any trustee rights or remedies

_____
Hon. Magdeline D. Coleman          February 14, 2018
U.S. Bankruptcy Judge