United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-16317-mdc
Gustav H. Merkle, III                                                   Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: John              Page 1 of 1            Date Rcvd: Apr 02, 2018
                        Form ID: 155            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2018.
db            +Gustav H. Merkle, III,    27 Friendly Lane,    Levittown, PA 19055-2122

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2018 at the address(es) listed below:
      BRAD J. SADEK    on behalf of Debtor Gustav H. Merkle, III brad@sadeklaw.com, bradsadek@gmail.com
      JOHN A. TORRENTE    on behalf of Creditor    Bucks County Tax Claim Bureau
       jtorrente@begleycarlin.com
      KEVIN S. FRANKEL    on behalf of Creditor    Carrington Mortgage Services, LLC, et al.
       pa-bk@logs.com
      KRISTEN D. LITTLE    on behalf of Creditor    Carrington Mortgage Services, LLC, et al.
       pabk@logs.com
      LESLIE J. RASE    on behalf of Creditor    Carrington Mortgage Services, LLC, et al. pabk@logs.com,
       lerase@logs.com
      REBECCA ANN SOLARZ    on behalf of Creditor    Medallion Bank bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
      WILLIAM EDWARD CRAIG    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
       Services ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                                               TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Gustav H. Merkle, III
      Debtor(s)

Chapter: 13

Bankruptcy No: 17−16317−mdc

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this March 29, 2018 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                   Magdeline D. Coleman
                                                   Judge ,
                                                   United States Bankruptcy Court

                                                                                           52
                                                                                         Form 155