United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 17-16317-mdc
Gustav H. Merkle, III                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: John           Page 1 of 1          Date Rcvd: Oct 22, 2018
                             Form ID: trc          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 24, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14051950        +E-mail/Text: bncmail@w-legal.com Oct 23 2018 02:37:24     COMENITY CAPITAL BANK,
          C/O Weinstein & Riley P.S.,   2001 Western Ave Ste. 400,   Seattle, WA 98121-3132
                                                                                      TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2018                                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 19, 2018 at the address(es) listed below:
          BRAD J. SADEK    on behalf of Debtor Gustav H. Merkle, III brad@sadeklaw.com,  bradsadek@gmail.com
          JOHN A. TORRENTE    on behalf of Creditor   Bucks County Tax Claim Bureau
           jtorrente@begleycarlin.com
          KEVIN S. FRANKEL    on behalf of Creditor   Carrington Mortgage Services, LLC, et al.
           pa-bk@logs.com
          KRISTEN D. LITTLE    on behalf of Creditor   Carrington Mortgage Services, LLC, et al.
           pabk@logs.com
          LESLIE J. RASE    on behalf of Creditor   Carrington Mortgage Services, LLC, et al. pabk@logs.com,
           lerase@logs.com
          REBECCA ANN SOLARZ    on behalf of Creditor   Medallion Bank bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
           Services ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                      TOTAL: 9

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-16317-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Gustav H. Merkle, III
27 Friendly Lane
Levittown PA 19055

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/19/2018.

Name and Address of Alleged Transferor(s):

Claim No. 14: COMENITY CAPITAL BANK, C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121

Name and Address of Transferee:

SYNCHRONY BANK
c/o Weinstein & Riley, P.S.
2001 Western Ave, Ste 400
Seattle, WA 98121

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   10/24/18

Tim McGrath
**CLERK OF THE COURT**