**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Gustav H. Merkle III | CHAPTER 13 |
| | BKY. NO. 17-16317 MDC |
| Debtor | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of HAM FUND III LP and index same on the master mailing list.

                          Respectfully submitted,
                          **/s/ Rebecca A. Solarz, Esq**
                          Rebecca A Solarz, Esquire
                          KML Law Group, P.C.
                          701 Market Street, Suite 5000
                          Philadelphia, PA 19106-1532
                          (215) 627-1322