# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                Chapter 13

                                Bankruptcy No. 17-16317-MDC

GUSTAV MERKLE

27 FRIENDLY LANE

LEVITTOWN, PA 19058

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    GUSTAV MERKLE

    27 FRIENDLY LANE

    LEVITTOWN, PA 19058

Counsel for debtor(s), by electronic notice only.

    BRAD J. SADEK ESQ
    SADEK LAW OFFICE
    1315 WALNUT STREET #502
    PHILADELPHIA, PA 19107-

                                            /S/ William C. Miller

Date: 2/3/2020                                _____

                                            William C. Miller, Esquire
                                            Chapter 13 Standing Trustee