Certificate Number: 03088-PAE-DE-037084803

Bankruptcy Case Number: 17-16317



03088-PAE-DE-037084803

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 5, 2023, at 10:24 o'clock AM CST, Gustav H Merkle III completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   January 5, 2023              By:    /s/Katherine Minnich

                                     Name:  Katherine Minnich

                                     Title: Counselor