# UNITED STATES BANKRUPTCY COURT

_____EASTERN_____ District Of ___PENNSYLVANIA___

In re __Gustav H. Merkle, III__       Case No. __17-16317-mdc__
           Debtor

### CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☒ I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

❑ I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address: _____

My current employer and my employer's address: _____

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☒ I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

❑ I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

\* Amounts are subject to adjustment on 4/01/25, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

*Part IV. Debtor's Signature*

      I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on    625                _gustav metkle (May 23, 2023 14:20 EDT)_
           Date                                          Debtor

# DSO

Final Audit Report 2023-05-23

| | |
|---|---|
| Created: | 2023-05-23 |
| By: | Sadek & Cooper (admin@sadeklaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA7PuM5OY7YbttOXKv5xr2ktZjfKGqLkaZ |

## "DSO" History

- **Document created by Sadek & Cooper (admin@sadeklaw.com)**
  2023-05-23 - 2:25:06 PM GMT- IP address: 69.139.81.171

- **Document emailed to accuknees@yahoo.com for signature**
  2023-05-23 - 2:25:20 PM GMT

- **Email viewed by accuknees@yahoo.com**
  2023-05-23 - 3:27:49 PM GMT- IP address: 100.34.180.22

- **Signer accuknees@yahoo.com entered name at signing as gustav metkle**
  2023-05-23 - 6:20:13 PM GMT- IP address: 100.34.180.22

- **Document e-signed by gustav metkle (accuknees@yahoo.com)**
  Signature Date: 2023-05-23 - 6:20:15 PM GMT - Time Source: server- IP address: 100.34.180.22

- **Agreement completed.**
  2023-05-23 - 6:20:15 PM GMT


Adobe Acrobat Sign