United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Gustav H. Merkle, III  
    Debtor

Case No. 17-16317-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: May 23, 2023      Form ID: 138OBJ      Total Noticed: 36

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gustav H. Merkle, III, 27 Friendly Lane, Levittown, PA 19055-2122 |
| 13988280 | + | Bucks County Tax Claim Bureau, c/o JOHN A. TORRENTE, Begley Carlin & Mandio, LLP, 680 Middletown Blvd. P.O. Box 308, Langhorne, PA 19047-0308 |
| 13988143 | + | Bucks County Tax Claim Bureau, c/o John A. Torrente, Esquire, 55 E. Court Street, Doylestown, PA 18901-4318 |
| 13990230 | + | Carrington Mortgage Services LLC et al, C/O KRISTEN D. LITTLE, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 13984238 | + | Citifinancia, Attn: Bankruptcy, 605 Munn Dr, Fort Mill, SC 29715-8421 |
| 13984243 | + | Credit Protection Assoc, Po Box 802068, Dallas, TX 75380-2068 |
| 14410201 | + | HAM FUND III LP, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13984247 | | Square One Financial/Cach Llc, Po Box 5980, Denver, CO 80127 |
| 13984248 | + | Sst/medallion, Attn:Bankruptcy, Po Box 3999, St. Joseph, MO 64503-0999 |
| 14013518 | + | Systems & Securities Technologies Inc., as Servicer for Medallion Bank, c/o REBECCA ANN SOLARZ, 710 Market Street, Suite 5000, Philadelphia, PA 19106-2312 |
| 14017191 | + | Wells Fargo Bank, N.A.,, dba Wells Fargo Dealer Services, c/o WILLIAM EDWARD CRAIG, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3124 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 24 2023 00:51:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14490556 | + | Email/Text: bankruptcy@bsifinancial.com | May 24 2023 00:51:00 | BSI Financial Services,, 314 S Franklin St. P.O. Box 517, Titusville, PA 16354-0517 |
| 14044674 | | Email/PDF: resurgentbknotifications@resurgent.com | May 24 2023 00:55:03 | CACH, LLC its successors and assigns as assignee, of SpringCastle America Funding Trust, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14051950 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 24 2023 00:51:00 | COMENITY CAPITAL BANK, C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 13984235 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 24 2023 00:54:53 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 13984239 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 24 2023 00:51:00 | Comenitybank/fmrwrdsvs, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 13984240 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 24 2023 00:51:00 | Comenitycapital/goodsa, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 13984241 | + | Email/Text: convergent@ebn.phinsolutions.com | May 24 2023 00:51:00 | Convergent Outsoucing, Inc, Po Box 9004, Renton, WA 98057-9004 |

Case 17-16317-mdc  Doc 84  Filed 05/25/23  Entered 05/26/23 00:38:56  Desc Imaged
Certificate of Notice  Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 23, 2023 | Form ID: 138OBJ | Total Noticed: 36 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 13984242 | + | Email/Text: bankruptcy_notifications@ccsusa.com | May 24 2023 00:51:00 | Credit Collections Svc, Po Box 773, Needham, MA 02494-0918 |
| 14055190 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | May 24 2023 00:51:00 | Internal Revenue Service, Centralized Insolvency Operation, Po Box 7317, Philadelphia, Pa 19101-7317 |
| 13984236 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 24 2023 01:06:28 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 13994813 | + | Email/Text: SSTBKNotices@nationalbankruptcy.com | May 24 2023 00:51:00 | Medallion Bank, c/o Systems & Services Technologies,, Inc. as servicer for, Medallion Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 14003781 | | Email/PDF: cbp@onemainfinancial.com | May 24 2023 00:55:15 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 13984246 | + | Email/PDF: cbp@onemainfinancial.com | May 24 2023 00:55:17 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14028234 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 24 2023 00:55:16 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13984935 | + | Email/PDF: rmscedi@recoverycorp.com | May 24 2023 00:54:53 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14005696 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 24 2023 00:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14046758 | | Email/Text: bnc-quantum@quantum3group.com | May 24 2023 00:51:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14216018 | + | Email/Text: bncmail@w-legal.com | May 24 2023 00:51:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 13984249 | + | Email/PDF: gecsedi@recoverycorp.com | May 24 2023 00:54:55 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14021824 | | Email/PDF: ebn_ais@aisinfo.com | May 24 2023 00:54:55 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 13999603 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 24 2023 00:55:04 | Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S, PO Box 19657, Irvine, CA 92623-9657 |
| 13984250 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 24 2023 01:05:39 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |
| 14020979 | + | Email/Text: BKBCNMAIL@carringtonms.com | May 24 2023 00:51:00 | Wilmington Savings Fund Society, FSB, et al, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road,, Anaheim, CA 92806-5948 |
| 13984251 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 24 2023 00:55:16 | Worlds Foremost Bank N, Attn: Bankruptcy, 4800 Nw 1st St, Lincoln, NE 68521-4463 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13984244 | *+ | Credit Protection Assoc, Po Box 802068, Dallas, TX 75380-2068 |
| 13984237 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14038347 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 13984245 | ##+ | Fidelity Financial S, 1785 Pilgram Mill Rd Suite 800, Cumming, GA 30041-9189 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: May 23, 2023 | Form ID: 138OBJ | Total Noticed: 36

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2023      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| BRAD J. SADEK | on behalf of Debtor Gustav H. Merkle III brad@sadeklaw.com, bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Medallion Bank bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor HAM FUND III LP bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor HEADLANDS RESIDENTIAL 2019-RPL1 OWNER TRUST bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| KELLY LYN EBERLE | on behalf of Creditor Bucks County Tax Claim Bureau keberle@grimlaw.com ksaborsky@grimlaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN S. FRANKEL | on behalf of Creditor Carrington Mortgage Services LLC, et al. pa-bk@logs.com |
| KRISTEN D. LITTLE | on behalf of Creditor Carrington Mortgage Services LLC, et al. kdlittleecf@gmail.com |
| LESLIE J. RASE | on behalf of Creditor Carrington Mortgage Services LLC, et al. pabk@logs.com, lerase@logs.com |
| MICHAEL KEVIN MARTIN | on behalf of Creditor Bucks County Tax Claim Bureau mmartin@grimlaw.com ksaborsky@grimlaw.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor HEADLANDS RESIDENTIAL 2019-RPL1 OWNER TRUST mfarrington@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

TOTAL: 14

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Gustav H. Merkle, III
       Debtor(s)

Case No: 17−16317−mdc
Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 5/23/23

83 − 73
Form 138OBJ